**STATE of Missouri, Respondent,**

v.

**Louis V. TRICARICO, Appellant.**

**No. WD 33125.**

Missouri Court of Appeals,
Western District.

June 28, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 30, 1983.

Bernard Passer of Passer & Hanson, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Sara Rittman, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and WASSERSTROM and MANFORD, JJ.

PER CURIAM:

ORDER

This is a direct appeal from a jury conviction for two counts of robbery, first degree, in violation of § 569.020, RSMo 1978.

No jurisprudential purpose would be served by a written opinion. The judgment is affirmed. All concur.

Rule 30.25(b).